1  Joshua Lapin
   Mailing, Non-Residential Address:
2  30 N Gould ST STE 3229
   Sheridan WY 82801
3  Legal Residential Address (Not ideal for Mail)
4  401 E 8th St STE 214 PMB 7452
   Sioux Falls SD 57103
5  thehebrewhammerjosh@gmail.com
   Facimilie: (307) 655-1269
6  Plaintiff, Appearing Pro Se
7  Dated: 1/3/2022

**U.S. COURTS**

**JAN 07 2022**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

8                **UNITED STATES DISTRICT COURT**

9           **DISTRICT OF IDAHO, IN AND FOR BOISE**

10

11 Joshua Lapin                          | Case No.

12           Plaintiff,

13        v.                             | **COMPLAINT FOR DAMAGES**

14 Franziska Jones as an individual      | 1) **VIOLATIONS OF IDAHO RESTRICTION**
15 BuyGoods Inc                          |    **ON UNFAIR BULK ELECTRONIC MAIL**
                                         |    **PRACTICES**
16 Click Sales Inc dba "ClickBank"

17 John Doe owner of "Savage Grow        | **(340 counts)**
   Plus penis enlargement supplement"
18                                       |        **(Idaho Code §48-603 et seq)**
   DOES 0-10, who sent the 340 emails as part
19 of one or more "affiliate" programs    | 2) **VIOLATIONS OF SOUTH DAKOTA**
20                                       |    **RESTRICTIONS ON UNSOLICITED**
                                         |    **COMMERCIAL ELECTRONIC MAIL**
21
22                                       | **(340 counts)**
23           Defendants.                 |        **(SDCL 37-24-41 et seq)**

24

25                      <u>**Complaint**</u>

26 COMES NOW PLAINTIFF Joshua Lapin, pro per, complaining against all defendants for 340

27 separate counts of two causes of action under Idaho and South Dakota spam laws, as follows:

28

# PARTIES

2.    Plaintiff Joshua Lapin, is and was at all times relevant herein, a citizen of the United States and a legal Resident and Domicile of Sioux Falls, South Dakota, under the states "RESIDENCY AFFIDAVIT FOR SOUTH DAKOTA RESIDENTS WHO TRAVEL AND DO NOT HAVE A RESIDENCE IN ANOTHER STATE" program. A full-time traveling "digital nomad", who moves from place to place, generally internationally, in 30 day cycles, without a permanent residence in or out of the United States, he qualified and qualifies for residency under the laws of South Dakota and maintains a "Personal Mail Box" as required.  He maintains a drivers license, voter registration, and "Personal Mailbox (PMB) "in Sioux Falls, South Dakota, which matches his SD Drivers License.

3.    Defendant John Doe, remains unknown due to Doe's uncooperative, unhelpful Co-Defendants whom have exhibited *no bona fide* information or gestures towards the plaintiff.  John Doe owns and operates various "savage grow plus" domains and websites as listed on page 1, and is the creator and owner and mastermind of the "Savage Grow Plus" penis enlargement pill.  Doe has devised a brilliant series of systems, plans, parternships, and/or alliances to run his operations and sell the "Savage Grow" supplement, without being easily identified or held accountable for his or her torts.

4.    DOES (0-10), refer to people who signed up for "affiliate marketing" programs run by John Doe, BuyGoods Inc, Click Sales Inc, and/or one-or-more "Advertising Networks", who receive commission payments every time they promote Savage Grow Plus and receive commissions for each sale resulting from their marketing, AND who sent one/multiple of the 340 Unsolicited Commercial emails, hereinafter, ("UCE's"), to the Plaintiff as part of that effort.

5.    BuyGoods Inc was sued by Plaintiff earlier in 2021 in the Circuit Court in and for Minnehaha County, Case # 21-1840, which was voluntarily dismissed by the Plaintiff for multiple reasons. BuyGoods Inc is a Delaware-Incorporated entity that serves as a "global ecommerce marketplace" per its website BuyGoods.com, and as an "online platform for the processing and sale of third-party products." per its CEO Andrei Covaci from a Declaration he signed as part of the above-mentioned Minnehaha Circuit Court case from earlier in 2021.  A Delaware-incorporated online global retailer, BuyGoods "...has executed sales with customers in all 50 states" and "South Dakota sales represent

[approximately] 0.2% of its total sales" [CEO Andrei Covaci, from the same Declaration].

Franziska Jones, as understood by Plaintiff, is a resident of Boise ID, owns Defendant BuyGoods Inc, previously worked for Defendant Click Sales Inc, owned "BuyGoods.com" in her personal name [per historic "whois" data] and boasts extensive experience working with "..various teams, including affiliate [marketer] management, compliance..." (source: LinkedIn and Better Business Bureau)

6.      Click Sales Inc is a Delaware-Incorporated entity and a "leading affiliate marketplace & global retailer" per its search result on Google.  It is a "hub for the world's best marketers and most innovative product owners to build businesses that matter." and it "empowers entrepreneurs and brands to grow online through global reach, powerful tools", per its website ClickBank.com,

## **FACTS**

7.In his capacity as a legal South Dakota resident and full-time traveler, Plaintiff Joshua Lapin began receiving extremely sexual, pornographic, and unapologetically racist emails in three of his email inboxes at solarwind71@gmail.com, personaljoshua069@gmail.com, and thehebrewhammerjosh@gmail.com. While some ended up in his spam folder, and thus and were automatically deleted  by gmail after 30 days, 340 of them have been preserved by the Plaintiff as evidence.  Many/most of these emails centered around a bizarre backstory which is intended to prompt the recipient to click through to one of John Doe's websites to buy the Savage Grow Plus penis enlargement pill, the payment of which will be processed by BuyGoods OR ClickBank, depending on which of John Doe's websites the particular email sends the recipient when they click the link in the email. The "bizzare back story", as summarized by the Plaintiff, goes as follows:

8.      "White Wife caught in African Elongation Ritual" and/or "White Wife caught Riding 3 African Priests" as a subject line, then this story in summary:

A man takes his [white] wife to a [never specified] remote African Island, in order to negotiate with the tribe elders, consisting of 3 African priests, in order to learn their secret method for a man to increase his penis by 6 inches.

The "African Priests" needed something in exchange, as they weren't going to simply hand over to [the guy] the secret to increase the size of his penis by 6 inches. They asked to borrow his wife for a "short while", and in exchange they would teach the guy how to increase his penis by 6 inches. He and his wife returned [from the unspecified African Island] "happier than ever" and with "6 inches more on his manhood". His wife asks him to share this secret with the world since it "turns her on", and that [the recipient of this email should] click the link [to learn how to add 6 inches to their penises], "before this chick changes her mind".

9.     The email contains a supposed "unsubscribe" link with accompanied by a physical address of 201 Continental Drive, Suite 401, Newark, DE, 19713. In many of the emails, there's a separate supposed opt-out link and physical address, presumably from the (DOES 0-10) individual sender of the particular email.

**Relevance to South Dakota Cause of Action [Idaho comes later in complaint]**

10.     SDCL 37-24-47 "Prohibited commercial e-mail advertisements" states:

No person may advertise in a commercial e-mail advertisement either sent from South Dakota or sent to a South Dakota electronic mail address under any of the following circumstances:

(1)   The e-mail advertisement contains or is accompanied by a third-party's domain name without the permission of the third party;

(2)   The e-mail advertisement contains or is accompanied by falsified, misrepresented, or forged header information;

(3)   The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

11. Each and every one of the emails contains one-or-more third party's domains names without the permission of the third party. For example, none of the emails have a URL that links directly to one of the "Savage Grow" domains, rather they contain a "shortened link", which upon being clicked, redirects through several domains before eventually landing on one of the Savage Grow domains. This enables the sender (one of the DOES 0-10) to remotely monitor and destroy evidence of the eventual landing page of these UCE's, which in itself should constitute spoliation of evidence as most

most of these links have been destroyed, voluntarily or involuntarily.  Furthermore, most/all of these UCE's contain  remotely hosted images on platforms such as "Img.ur"  Plaintiff is informed and believes that this, again, enables the [DOE 0-10] Sender to have control over the email, and associated evidence, after it has been sent out in bulk to many individuals including the Plaintiff...potentially hundreds of times to the same recipient, as seen in this case.  These shortened URL's are from companies such as Bit.ly, headquartered in New York City, Cutt.ly, based in Gdańsk, and TinyUrl, headquartered here in Sioux Falls, SD.  Further, many of the UCE's use links from Google Api's , from the famous "Google [LLC]".

12.  Plaintiff is informed and believes and alleges that each link-shortening service prohibits the use of its services in spam, for the purposes of tracking spam, or for use on unsolicited commercial [email] messaging, in its terms of service.  Therefore, each UCE containing one-or-more of these shortened links has used the URL without the permission of the third party [Bit.ly, Cutt.ly, Google Apis,] and such UCE's are already in violation of SDCL 37-24-47 (1), punishable by $1000/email liquidated damages, on this violation alone.  However, multiple other violations will be described to "seal the deal."

13.     The UCE's are also accompanied by "falsified, misrepresented, or forged header information", and overwhelmingly so.  In *Balsam V Trancos Inc,* a suit brought under the near-identical, and MUCH more often tried, Business and Professions Code 17529.1 ("CA Anti-Spam Law"), it was ruled that UCE's that contain both a generic "from line" AND are sent from a "privately registered" domain name are deemed unlawful.  Most, if not all, of the 340 UCE's that are in violation of SD Anti-Spam law, are in violation of the section based on their generic from lines and untraceable/registered by proxy sending domains alone.  A few non-exhaustive samples of the from lines in these emails, which include a generic from line and untraceable domain, go as follows:

14.    Penis.15-inch    <uRQbWNXdWSdEVnFUb@sjijivq.drivefact.org>,
Savage Grow Plus <meDcwExaQgQiwEjkd@uxecffy.drivefact.org>,
Penis_Size    <EfOPtOTEfcGvWqAKt@qfuijbq.drivefact.org>,
   **Penis    Growth Technique    Elongation Secret** <dOBerimdIkLDvWfyh@xqzyrig.drivefact.org>

   *Penis..Secret.Elongation*    <infoFLuvs@sms4ifyef0po.xsahead.uk.com>
   Hot-Penis.15-inch    <vBLXUstcSeLHvNJiL@ggiszcl.drivefact.org>
Elongation Secret <info.cxf0Ax@sionitierd.com>
Member Growth <info.UQOso9@spilikang.com>
**Savage_Grow_Plus** <oxvYDGe70FWDWXezBaF@csil.lakopury.com>
**Savage.Grow.Plus** <Km8lGo5Pz6TRGTFWO@servoriethe.com>
**True    Size** <   b15Pl-yzbG0cvC@l7teykoytfx9.us>
   African Tribe Penis    8 inch Growth Technique <nesRj-MBuTTycSiD@gkrckxlyiuhlwrpkbyzivymztuyoz.com>\
Penis.Size <6Rybt-BOwqe6Rw@ewn9iqwrqmko.us>

15.  The court should note that the Savage_Grow_Plus from lines should still be considered generic because Savage Grow Plus is not the name of a business entity, dba, or trademark.  Plaintiff, after 7 months, has still been unable to locate John Doe who owns, operates, and controls the "Savage Grow Plus" penis enlargement pill, and therefore "Savage Grow Plus" is not identifying of the advertiser whatsoever.

16.    The "TO" lines are equally as forged, if not moreso, in most of the 337 UCE's.  In many of the UCE's, the to line is "blank", as if the email was sent to no recipient.  It can be proven that such UCE's were received by me at either solarwind71@gmail.com, thehebrewhammerjosh@gmail.com, personaljoshua069@gmail.com, and therefore blank "from lines" on their own are an obvious forgery, and the full copy of the email header can be provided upon request.  Therefore this definitively proves that the email was received by the plaintiff.  In summary, a blank "TO" line MUST be falsified.  In a portion of the UCE's plaintiff concedes the TO lines are authentic and refer to the true email address in which the Plaintiff received the UCE.  For UCE's in which the "FROM" and/or "TO" line is in any way falsified, misrepresented, or forged, this court should find that they violate SDCL 37-24-47 (2) and therefore are punishable by $1000/UCE.

17.    The subject lines are alleged to be misleading in each and every UCE.  They appear in similar variations with similar themes, as shown in the following non-exhaustive samples:

**African Priest Helps White Man Gain 6 Inches**
    **Husband caught his wife riding a 15-inch African manhood**       **Husband Offers His Wife To**
African Tribesmen To Find Elongation Secret      --Oki
    African_Priest_Helps_White_Man_Gain_6_Inches    --Kyq
   |thehebrewhammerjosh|      Gain 4 TO 7 Inches In Just Weeks With This Ancient Ritual    --duT
**White Wife Caught Riding 3 African Priests**?
Subject: Hot Wife Rides A 15 Inch African Monster.     Watch the videos—Sgk
Subject:   thehebrewhammerjosh|    'My Wife CHOKED On This ...I KILLED My Johnson'   --rzM
   .Grow__Your__  Penis  ..Up__To "7 Inches".  with "   African Elongation Ritual   "--uOf
       Just 3 drops of THIS makes your manhood BIG     **Husband Finds Elongation Secret From**
**African Tribesmen**

*...Inter Alia*

*Note To Court*  I realize that paragraph 18 below may seem obnoxious, and even sarcastic, but please know that the Plaintiff's sole intention is to prove his claim, and that all of this is necessary to demonstrate the specific violations of SD and ID law herein, and I apologize in advance for the upsetting imagery and depictions as follows:

18.  Each of these subject lines is "...would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message." [37-24-47 (3)] because:

A)  There's no evidence that an African Priest has successfully helped a white man gain 6 inches. Burden Shall be on the defendants to demonstrate evidence of this to the contrary.

B)  There's no evidence that a specific instance of a husband "[catching] his wife riding a 15-inch African manhood", that is in any way recorded, documented, and in any way material to a **true** anecdote that is in any way material to the email advertisement.  Burden Shall be on the defendants to demonstrate evidence of this to the contrary.

C)  There's no evidence that a husband offered his wife to an African Tribesmen to find [the secret to] Elongat[ing one's penis], let alone that it worked, let alone that this is a true story that is material to the advertised product.  Burden Shall be on the defendants to demonstrate evidence of this to the contrary.

D)  There's no evidence that an "African Priest" [successfully or otherwise] helped a "white man" to increase the size of his penis by 6 inches. Burden Shall be on the defendants to demonstrate evidence

to the contrary.

E) There's no evidence that the "African Elongation Ritual" [if it even exists, can allow one to] "gain 4 to 7 inches in just weeks." Burden shall be on defendants to demonstrate evidence to the contrary.

F) There's no evidence that a "white wife caught riding 3 African Priests" ever happened, in any way that is related to the "Savage Grow Plus" penis enlargement pill. Burden shall be on defendants to demonstrate evidence to the contrary.

G) There's no evidence that "Just three drops of this makes your manhood big". Further, each other Savage Grow Plus advertisement depicts the product as a pill, not a liquid solution that could be "dropped" as depicted here.

H) There's no evidence that [anyone's] wife "choked on [someone's penis]", and even if true, that it is in any way relevant to the subject matter of the email or to the Savage Grow plus penis enlargement product being advertised.

And so on, and so on, and so on.

19.     This could should find that the subject lines are misleading in most/all of the 340 UCE's have a subject line "that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message." and therefore all violate 37-24-47(3).

## BuyGoods Inc's role

The self-described "Global Online Retailer" and "online platform for the processing and sale of third-party products" lives beyond its domains of BuyGoods.com, and BuyGoodsSupplements.com           .

In fact, BuyGoods is the only business entity that appears on, and is attributable to, https://savagegrowplus.com/, https://savagegrowplus.net, https://savage-growplus.com/. All of these domains have near-identical contents, are registered by proxy (whois search does not reveal true registrant), use Cloudflare's "reverse-proxy" service to conceal the web host, and were otherwise specifically designed to conceal the John Doe owner and controller of the "Savage Grow Plus"

penis enlargement pill. BuyGoods, was, is, and continues to be a crucial element to that effort. In the "terms of service" and "privacy policy" of those Savage Grow domains, no business entity appears. The closest that we have to any real person or entity, is the presence of BuyGoods Inc on the as seen below:

## *savagegrowplus.net screenshot of homepage, scrolled to bottom of page*
## Scientific References

1. Want to know which country has the biggest penises in the world? https://metro.co.uk/2015/02/28/want-to-know-which-country-has-the-biggest-penises-in-the-world-5083922/

2. Penis size interacts with body shape and height to influence male attractiveness https://www.pnas.org/content/110/17/6925.abstract

3. Women's Preferences for Penis Size: A New Research Method Using Selection among 3D Models https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0133079

4. Allergies Statistics and Facts https://www.healthline.com/health/allergies/statistics

5. Risk of Deficiency in Multiple Concurrent Micronutrients in Children and Adults in the United States https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5537775/

6. Erectogenic and Neurotrophic Effects of Icariin, a Purified Extract of Horny Goat Weed (Epimedium spp.) In Vitro and In Vivo https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3551978/

**Contact Us    Get Started    Privacy    Terms    Refunds**

**buygoods**

BuyGoods is the retailer of this product. BuyGoods is a registered trademark of BuyGoods Inc., a Delaware corporation located at 1201 N Orange Street Suite #7223, Wilmington, DE, 19801, USA and used by permission. BuyGoods role as retailer does not constitute an endorsement, approval or review of this product or any claim, statement or opinion used in promotion of this product.

† Statements on this website have not been evaluated by the Food and Drug Administration. Products are not intended to diagnose, treat, cure or prevent any disease.

Copyright © 2020 savagegrowplus.net

And secondly, we see BuyGoods again when the viewer of the website attempts to purchase the savage grow plus product. (continued on next page).

When a prospective buyer is on one of these savage grow domains, perhaps after being sent there from one of the 340 UCE's, and they decide to buy Savage Grow Plus, they are presented with these options.



Each of the three "Buy Now" buttons goes to a BuyGoods URL. In the case above, the "Buy Now" button on the left leads to "https://www.buygoods.com/secure/?sessid2=sessid20211220125220177&account_id=6385&product_codename=prod1&redirect=aHR0cHM6Ly9zYXZhZ2Vncm93Gx1cy5uZXQvdXBncmFkZS0x"

That BuyGoods page is shown on the next page of this complaint.

**buygoods**

Having trouble? Contact us

SECURED    McAfee SECURE

## Secure checkout

**Payment method**

VISA | AMEX | DISCOVER

**Email address**

you@email.com

**Phone**

Your phone number

**Billing address**

Your billing address

**Billing city**                          **Zip Code**

Sioux Falls                               57103

**Billing country**                       **Billing state**

United States            ⌄            South Dakota            ⌄

☑ I have the same shipping address

**Card number**

XXXX XXXX XXXX XXXX          VISA | AMEX | DISCOVER

### Order details

Savage Grow Plus - 1 Bottle

| | |
|---|---|
| Subtotal | $69.00 |
| Taxes | $0.00 |
| Shipping | $9.95 |
| **Grand total** | **$78.95** |

Plaintiff selected "South Dakota" and entered his legal zip code in this depiction to show that BuyGoods and John Doe are able/willing/do ship to South Dakota.

20.  BuyGoods has refused many attempts from Plaintiff to uncover John Doe who owns and operates the Savage Grow Plus domain, yet BuyGoods continues to process these payments as linked-to from the Savage Grow domains seven months later.  Further, BuyGoods makes several more appearances directly on savagegrowplus.com when one clicks on "affiliates" at the bottom of the homepage, as depicted on the next page of this complaint:



21.    On savagegrowplus.com, and savage-growplus.com, identical messages such as this appear when one clicks on "affiliates". Here, BuyGoods directly advertises its affiliate program on at least two savagegrow domains.  These savage grow domains are "landing pages" of the UCE's.

22.  Savage Grow Plus appears on BuyGood's website "buygoodssupplements.com"

which does not reveal who owns or manufacturers or distributes Savage Grow...vis-a-vis our "John Doe". In fact, on this label from buygoodssupplements.com shows "blanks" next to "distributed by" "company name", and "full address and phone"



Savage Grow Plus - 1 Bottle

23.     Further, Plaintiff has uncovered that BuyGoods has and continues to work with John Doe in a similar-and-near-identical-way, as it relates to many other products that are attributable to the same John Doe who owns,operates, and controls "Savage Grow Plus", including but not necessarily limited to the products "GlucoFlow" "Grow Max Pro" "Keravita Pro" "Mellitox" "Primal Grow Pro" "Diabitx", "Fast2020Protocol", "Floralite", and "herpesyl", ""no less than 8 entire months after Plaintiff brought this extreme spam issue to their attention in a since-blown-off demand letter. Plaintiff alleges BuyGoods's continued relationship with those nine other John-Doe owned products because:

24. A) Most/all of them have the same "BuyGoods" presence at the bottom of the homepage as the "Savage Grow Plus" domains, with the same disclaimer and statement about BuyGoods [supposed] status as the retailer of the product, as depicted below:

From Diabitx.com:



From tryfloralite.com:



From herpesyl.com:

From mellitox.com:



From silencil.com:



B) The only way to purchase these supplements through their websites is through links that go through "buygoods.com" to purchase the product:

(continued on next page)

From tryfloralite.com:



The "Buy Now" button on the left goes to https://www.buygoods.com/secure/?sessid2=sessid2021122014353203&account_id=6798&product_codename=prod7&redirect=aHR0cHM6Ly90cnlmbG9y YWxpdGGUuY29tL3VwZ3JhZGUtMQ%3D%3D

The "Buy Now" button in the middle goes to: https://www.buygoods.com/secure/?sessid2=sessid2021122014353203&account_id=6798&product_codename=prod9&redirect=aHR0cHM6Ly90cnlmbG9y YWxpdGGUuY29tL3VwZ3JhZGUtMQ%3D%3D

The "Buy Now" botton on the right goes to: https://www.buygoods.com/secure/?sessid2=sessid2021122014353203&account_id=6798&product_codename=prod8&redirect=aHR0cHM6Ly90cnlmbG9y YWxpdGGUuY29tL3VwZ3JhZGUtMQ%3D%3D

The middle link is depicted here, with "South Dakota" selected:



From herpesyl.com



The "Buy Now" button on the left goes to https://www.buygoods.com/secure/?
sessid2=sessid20211220144416871&account_id=6258&product_codename=prod7&redirect=aHR0cHM6Ly9oZXJwZXZZX
N5bC5jb20vdXBncmcmFkZS0x

The "Buy Now" button in the middle goes to: https://www.buygoods.com/secure/?
sessid2=sessid20211220144416871&account_id=6258&product_codename=prod9&redirect=aHR0cHM6Ly9oZXJwZXVZX
N5bC5jb20vdXBncmcmFkZS0x

The "Buy Now" botton on the right goes to https://www.buygoods.com/secure/?
sessid2=sessid20211220144416871&account_id=6258&product_codename=prod8&redirect=aHR0cHM6Ly9oZXJwZXVZX
N5bC5jb20vdXBncmcmFkZS0x

The middle link is depicted here, with "South Dakota" selected:



From mellitox.com



The "Buy Now" button on the left goes to https://www.buygoods.com/secure/?
sessid2=sessid20211220145416770&account_id=6324&product_codename=prod7&redirect=aHR0cHM6Ly9tZWxsaXXR
veC5jb20vdXBncmFkZS50x

The "Buy Now" button in the middle goes to: https://www.buygoods.com/secure/?
sessid2=sessid20211220145416770&account_id=6324&product_codename=prod9&redirect=aHR0cHM6Ly9tZWxsaXXR
veC5jb20vdXBncmFkZS50x

The "Buy Now" botton on the right goes to: https://www.buygoods.com/secure/?
sessid2=sessid20211220145416770&account_id=6324&product_codename=prod8&redirect=aHR0cHM6Ly9tZWxsaXXR
veC5jb20vdXBncmFkZS50x

The middle link is depicted here, with "South Dakota" selected:



From silencil.com



The "Buy Now" button on the left goes to https://www.buygoods.com/secure/?sessid2=sessid20211220145942492&account_id=6272&product_codename=prod7&redirect=aHR0cHM6Ly9zaWxlbmNpbpbC5jb20vdXBncmcmFkZS90x

The "Buy Now" button in the middle goes to: https://www.buygoods.com/secure/?sessid2=sessid20211220145942492&account_id=6272&product_codename=prod9&redirect=aHR0cHM6Ly9zaWxlbmNpbpbC5jb20vdXBncmcmFkZS90x

The "Buy Now" botton on the right goes to: https://www.buygoods.com/secure/?sessid2=sessid20211220145942492&account_id=6272&product_codename=prod8&redirect=aHR0cHM6Ly9zaWxlbmNpbpbC5jb20vdXBncmcmFkZS90x

The middle link is depicted here, with "South Dakota" selected:



C) Most of the other supplements are also listed on buygoodssupplements.com, as depicted here:

Herpesyl on BuyGoodsSupplements.com:



On this highly-interactive website, when a visitor "rolls over" part of the image on the website, it depicts a "zoomed in" portion of that image on the right-hand side. Here, we see that the label for herpesyl shows a blank "Distributed by", "Company Name", and "Full Address and Phone". No company other than BuyGoods Inc is shown, in any way, in connection with this supplement on this page.

Mellitox on BuyGoodsSupplements.com:



On this highly-interactive website, when a visitor "rolls over" part of the image on the website, it depicts a "zoomed in" portion of that image on the right-hand side. Here, we see that the label for Mellitox shows "Distributed by" Kepler Advertising, LLC, with an address of 200 Continental Drive, Suite 401, Newark Delaware 19713, and a phone number of (302) 786-7432.

Interestingly, "200 Continental Drive, Suite 401, Newark Delaware 19713" is the same address that appears in many&most of the UCE's at the bottom. Kepler Advertising LLC appears to be a valid business entity in Delaware. It, along with the person(s) that own and operate it, are suspected to be our John Doe owner and operator of Savage Grow Plus, although Plaintiff elects not to name them until BuyGoods and Click Sales Inc can be compelled to confirm John Doe.

Silencil on BuyGoodsSupplements.com:



On this highly-interactive website, when a visitor "rolls over" part of the image on the website, it depicts a "zoomed in" portion of that image on the right-hand side. Here, we see that the label for Silencil shows "Distributed by" Kepler Advertising, LLC, with an address of 200 Continental Drive, Suite 401, Newark Delaware 19713, and a phone number of (302) 786-7432.

Interestingly, "200 Continental Drive, Suite 401, Newark Delaware 19713" is the same address that appears in many&most of the UCE's at the bottom. Kepler Advertising LLC appears to be a valid business entity in Delaware. It, along with the person(s) that own and operate it, are suspected to be our John Doe owner and operator of Savage Grow Plus, although Plaintiff elects not to name them until BuyGoods and Click Sales Inc can be compelled to confirm John Doe.

25.     All these other non-savage-grow supplements, are suspected to be owned and operated by the same John Doe owner and operator of "Savage Grow Plus" for the following reasons:

A)  The address "200 Continental Dr Suite 401 Newark, DE 19713", which appears in the bottom of most of the UCE's, AND also on the "mellitox" and "silencil" buygoodssupplements pages as depicted in paragraph 24(C), is also contained in all of the domains referenced in 24(A), including "Herpesyl.com", "silencil.com", "tryfloralite.com", "diabitx.com", "mellitox.com".

B)  Further, the "terms of service" and "privacy policy" have identical [or near-identical] "terms of service" AND "privacy policy" pages.

C)  The "terms of service" of all of the websites, with the exception of "diabitx.com", have an "effective date" of March 1, 2020, two months before Plaintiff began receiving UCE's about "Savage Grow Plus".

D)  Plaintiff is informed and believes and alleges that with the exception of "https://diabitx.com/" the other four websites all have a domain "registrar" of Namecheap Inc, AND are "protected" by the reverse-proxy service of "Cloudflare", which deliberately conceals which server the website is hosted on, and which company the registrant utilized in order to host the website.

E)  Plaintiff is informed and believes and alleges that all five websites listed in 25(A) have a refund/return address of "37 Inverness Drive E Ste 100 Englewood, CO 80112", which (upon information and belief) is associated with a company called EyeFive, Inc dba Shipoffers.  The Better Business Bureau currently has an "alert for [ShipOffers]" which states:
*"ShipOffers is aware that a significant number of its clients or a significant percentage of its business comes from clients who use its service to engage in conduct that does not meet BBB standards relating to the use of free trial offers when selling online skin care or health care products. For more information about high risk free trial offers, click here.*

*ShipOffers could eliminate or discourage its clients' untrustworthy conduct by adjusting its policies or procedures but refuses to adopt or fails to enforce appropriate policies and procedures. In this instance, ShipOffers' policies and procedures create an environment in which clients may remain anonymous. "*

F) " Savage Grow Plus" has a BBB page with a "location for this business" being that same address from 25(E), "37 Inverness Dr E Ste 100 Englewood, CO 80112-5412".  It is currently live at https://www.bbb.org/us/co/englewood/profile/vitamins-and-supplements/savage-grow-plus-1296-1000116715

G)  "Savage Grow Plus" has another BBB page with a "location for this business" as the same address as 25(A): 200 Continental Dr Ste 401 Newark, DE 19713   and a company website of http://www.savagegrowplus.com [one of the Savage Grow domains].  It is currently live at https://www.bbb.org/us/de/newark/profile/adult-novelties/savage-grow-plus-0251-92023083.

*The BBB has responded to a demand letter that it does not have the [owner of Savage Grow Plus] that I'm looking for*

H)  The homepages of all five sites are extremely similar to one another, and follow the same format. Screenshots in support of 25 H:

herpesyl.com:



(continued on next page)

Silencil.com:



tryfloralite.com:






Mellitox.com



Diabitx:



The court shall notice that Diabitx and Mellitox have the exact same headline of "Is This Super Nutrient the Key To Restore Perfect Blood Sugar Levels?"

Screenshot in support of 25(G) on the next page:

Better Business Bureau®
BBB
Not BBB Accredited
Business Profile
Savage Grow Plus
Contact Information
200 Continental Dr Ste 401
Newark, DE 19713
Customer Reviews
Read Reviews
Be the First to Review!
BBB Rating & Accreditation
F
THIS BUSINESS IS NOT BBB ACCREDITED
Customer Complaints
1 complaints closed in last 3 years
1 complaints closed in last 12 months
Read Complaints
File a Complaint
Customer Reviews are not used in the calculation of BBB Rating
Reasons for BBB Rating
Tuesday, December 21, 2021
Business Details
Location of This Business
200 Continental Dr Ste 401, Newark, DE 19713
BBB File Opened: 4/1/2021
Customer Complaints
1 Customer Complaints
Need to file a complaint? BBB is here to help. We'll guide you through the

Screenshot in support of 25(F)

Better Business Bureau®
BBB
Not BBB Accredited
Business Profile
Savage Grow Plus
Contact Information
37 Inverness Dr E Ste 100
Englewood, CO 80112-5412
Email this Business
(833) 463-0337
Customer Reviews
Read Reviews
Be the First to Review!
BBB Rating & Accreditation
D
THIS BUSINESS IS NOT BBB ACCREDITED
Customer Complaints
2 complaints closed in last 3 years
2 complaints closed in last 12 months
Read Complaints
File a Complaint
Customer Reviews are not used in the calculation of BBB Rating
Reasons for BBB Rating
Tuesday, December 21, 2021
Business Details
Location of This Business
37 Inverness Dr E Ste 100, Englewood, CO 80112-5412
Email this Business
BBB File Opened: 6/5/2021
Customer Complaints
2 Customer Complaints
Need to file a complaint? BBB is here to help. We'll guide you through the

1 Screenshots in support of 25(E):

2 silencil.com



Tryfloralite.com

Screenshots in support of 25(E):

mellitox.com



Diabitx.com

Screenshots in support of 25(E):

mellitox.com



Diabitx.com

Screenshots in support of 25(E):

herpesyl.com



Screenshots in Support of 25(D)

silencil.com



TryFloralite.com



mellitox.com

3679  1-43

Herpesyl.com



Screenshots in support of 25(A) and 25(B)

Silencil.com:



Diabitix.com



Mellitox.com:

Silencil.com



Tryfloralite.com

Screenshots in support for 25(C): (next page)

Sign Envelope ID: 20C51880-589A-493B-AA91-4646A1624B25



Mellitox.com



herpesyl.com

26) Even on one of the savage grow plus domains which depicts Defendant Click Sales Inc as the retailer, BuyGoods still advertises its very own affiliate program on that webpage, as seen below in the screenshot from SavageGrowPlus.info. Plaintiff has highlighted the two entites with green rectangles.

27) Since that webpage from Paragraph 26 "darkens" the rest of the page, when one clicks on "affiliate", Plaintiff has attached a screenshot of that same part of "savagegrowplus.info" prior to clicking "affiliate" so that Clicksales dba Clickbank can be clearly shown as the retailer.



28) Plaintiff believes and alleges that BuyGoods Inc, has stood by and supported its "vendors" in crucial ways, all while offering them anonymity and refusing to offer the identities of said "vendors", all while customers have been complaining for years of spam originating Buygood and/or one of its Vendors. For this reasons and others, plaintiff suspects BuyGoods is not just a "Global Online Retailer, rather they knowingly serve as a legal shield for serial spammers, enabling them to sell their supplements and other goods, while fighting "tooth and nail" to stop the occasional angry customer or plaintiff such as Mr. Lapin, from gaining any information whatsoever pertaining to the Vendor, aka John Doe owner of Savage Grow Plus, Herpesyl, Mellitox, etc. Whenever confronted, BuyGoods maintains they do not send marketing emails and that they have "strict anti-spam policies" for their "partners" and "[those partners] affiliates". Even if true, this defense is legally invalid because their overwhelming support for spam-sending "vendors", and refusal to reveal the company selling the product(s) on their websites, as well as their own financial gain from the countless spam emails,

qualifies them as an "Advertiser" as defined in SD Anti-Spam law, and as "initiat[ing] or caus[ing] the sending or transmittal of any bulk electronic mail advertisement to any recipient that the sender knows, or has reason to know, engages in any of the following:…" under ID Anti-Spam Law. This pattern of assisting such "vendors" in their illegal marketing, concealing the identity of the "vendor" once confronted about the spam, fighting to conceal the identity of the "vendor" that can be held accountable for the spams, and then distancing themselves from the spam by maintaining they are simply an "e-commerce platform" or a "global online retailer", has continued for years, as shown through various BBB reviews from disgruntled individuals, and the evasive, dodgy pattern in BuyGoods's responses:



☆ ^^^^^^                                                           06/29/2021

This company sends spam for dubious products. Based on other reviews, they then shift the blame to a marketing company.

buygoods

**BuyGoods, Inc. Response**                                        06/30/2021

Dear '", Thank you for reaching out to us, we truly appreciate your feedback. I understand your frustration, however, we are definitely not in the business of scamming people and I'm very sorry that you feel this way about our company. We looked into our records and couldn't find any order associated with your e-mail address. It is important to note that BuyGoods NEVER sends any marketing messages or e-mails. We have a strict policy when it comes to any partner or their associated affiliates engaging in spam marketing practices. If you forward the e-mails you received to reviews@buygoods.com, we will gladly research the origin of the emails and get to the bottom of it. If you need any further help, please do not hesitate to contact us via phone at 302-200-3480 📞 or via email at support@buygoods.com. We are here for you! Team BuyGoods

(continued next page)



03/11/2021

I CANNOT seem to get unsubscribed from this company and/or its affiliate, however many times I've tried. I am single, with a partner who died recently.The last thing I am interested in is 15" *******. I cannot imagine anyone who is. Everything about this company is shady, including the excuses they seem to provide.

buygoods

**BuyGoods, Inc. Response**                                                                    03/23/2021

Hi ********, Thank you so much for bringing this to our attention and we appreciate you taking the time to provide this feedback. This is the only way that we can improve our business. ********, kindly note that BuyGoods NEVER sends any marketing messages or emails. We have a strict policy when it comes to any partner or their associated affiliates engaging in spam marketing practices. If you could send us a copy of one of the emails that you have been receiving, so we can take a closer look into it, we will be glad to assist. Please send us an email to support@buygoods.com or you can contact our customer support team at 302-200-3480. Thank you again for taking the time to provide feedback and helping us and the product owner to become better. Please do not hesitate to let us know if you need further assistance.



02/17/2021

Serial spammers that will not stop

buygoods

**BuyGoods, Inc. Response**                                                                    02/18/2021

Dear John, I hope you are having a great day today! Thank you for reaching out to share your review. I am really sorry that you are giving us a low rate and I'm sorry that you feel this way about our company, John. We actually never send any marketing emails or texts to our customers. We hate spam just as much as you do! BuyGoods only sends a single order confirmation e-mail once orders are placed. We have a strict policy when it comes to any partner or their associated affiliates engaging in spam marketing practices. We looked into our records and unfortunately did not locate any order under your e-mail address, but if you can forward the e-mails you received to support@buygoods.com, we will gladly research the origin of the emails and get to the bottom of it. If you need any further help, please don't hesitate to contact us via phone at 302-200-3480 or via email at support@buygoods.com. We are here for you! - Team BuyGoods

(continued next page)

Sign Envelope ID: 20C51880-588A-493B-AA91-0846A1624B25

⭐☆☆☆☆                                                                12/12/2020

This is a marketing scam. They send millions of SPAM emails trying to promote useless junk.

buygoods

**BuyGoods, Inc. Response**                                             12/15/2020

Dear Jason, Hope you are having a great day, thanks for reaching out to share your review. I am really sorry that you are giving us a low rate and I'm sorry that you feel this way about our company. We actually never send ANY marketing emails or texts. Ever. We hate Spam just as much as you do! BuyGoods only sends a single order confirmation e-mail once orders are placed. We have a strict policy when it comes to any partner or their associated affiliates engaging in **spam** marketing practices. We looked into our records and unfortunately did not locate any order under your e-mail address, but if you forward the e-mails you received to reviews@buygoods.com, we will gladly research the origin of the emails and get to the bottom of it. If you need any further help, please don't hesitate to contact us via phone at 302-200-3480 📞 or via email at support@buygoods.com. We are here for you! Team BuyGoods

In this complaint below, BuyGoods reveals it is in contact with such "3rd parties" as is relevant to SPAM.  Yet such 3rd party is the same/similar to the John Doe BuyGoods has refused to turn over to the Plaintiff:



This company keeps emailing me, either with offers to sell something, or a canned "click unsubsubscribe" I have NEVER bought anything nor have I EVER subscribed to any list. I WANT "ALL" EMAILS FROM THIS COMPANY TO STOP "IMMEDIATELY"

**Response**                                                           04/13/2021

ATTN: Date: 04/12/2021

Director of Operations
Better Business Bureau

Re: ****** ****** - ******

To Whom it may Concern,

Thank you for bringing this complaint to our attention. We've looked into this and saw that this has been the fourth complaint filed by Mr. ****** ****** about being taken off the mailing list.

It is important to note that as we mentioned in our previous replies, BuyGoods NEVER sends any marketing messages or emails. We have a strict policy when it comes to any partner or their associated affiliates engaging in spam marketing practices. We received the sample unsolicited e-mail Mr ****** forwarded us and contacted the 3rd party responsible for sending these messages so they can remove Mr ******'s address as soon as possible. Therefore, Mr ****** should never receive these messages again.
Should Mr. ****** need further assistance, our friendly customer support representatives are always here

to help. We are always available via email (support@buygoods.com), phone (302-200-3480) 📞 or using the contact form on our website.

Kindly advise if there are other further steps we can do. Thank you.

Sincerely,
Diana

In this BBB complaint, a person is upset about Buygoods's involvement in spam they have received in relation to a product "NerveDefend". In this Jaw-Dropping admission, BuyGoods reveals that Nervedefend is a "BuyGoods website", as highlighted below. Nervedefend.com has similar characteristics as the websites/domains of "Savage Grow Plus" "TryFloralite" "Silencil" and "Mellitox", because it is retailed by BuyGoods, has an effective date of March 1 2020 in its terms and conditions, lists the address "200 Continental Drive, Suite 401, Newark, Delaware, US" in its terms of service, has near-identical privacy policy / terms of service, and appears to be every bit as "copy and paste" as the other products listed above in this paragraph. As BuyGoods admits herein that Nervedefend is a "BuyGoods" website, this overwhelmingly suggests the other websites/domains mentioned may also be "BuyGoods websites", including Savage Grow Plus.

**Complaint Type:** Problems with Product/Service   **Status:** Resolved



11/22/2021

Hello BBB. BuyGoods is sending soliciting emails They need to stop. Doesn't matter what product. No more emails from them. This is just 1 example ·················· Thank you

**Response**                                                                                     11/24/2021

**ATTN:**                                                                                     Date:
11/24/2021
Director of Operations
Better Business Bureau

Re: ···· ········ · ········

To Whom it may Concern,
Thank you for bringing this complaint to our attention. Our apologies for the late response regarding this matter. As of today, we checked our records and still couldn't find any orders associated with Mr. ········· email address ···············.

We have previously reiterated that BuyGoods NEVER sends any marketing messages or emails. We have a strict policy when it comes to any partner or their associated affiliates engaging in spam marketing practices. The link that Mr. ········ shared in his complaint is ·······················  which is a BuyGoods website that sells the supplement NerveDefend.

We have done our best to include Mr. ·········· email address to our suppression list. Regarding Mr. ········· question on how a third party vendor might have obtained his information, there are instances that when we, as consumers, browse through the internet, or click on an ad, it automatically filters our preferences and shows up in our search information. This, however, is already out of our control. Third-party marketing strategies have been an ongoing issue, not only, in our company but also among all other e-commerce sites. While we can assure you that we never kept any information from Mr. ········, other phishing websites might have obtained his email address.

Again, I do apologize for any inconvenience this may have caused.

Should Mr. ········ have any questions or further concerns, he can always reach us through our customer support team.
Our friendly customer support representatives will be very much willing to assist. We are always available via email (support@buygoods.com), phone (302-200-3480) or using the contact form our website.

Sincerely,
Daisy
daisy.cabayao@softwareprojects.com

Sign Envelope ID: 2005188D-598A-292B-A9DDF4640A1684B25

Nervedefend.com's striking resemblance to the other referenced products:



BuyGoods statement/disclaimer on bottom of Nervedefend.com, as seen in the other products too:

buy

BuyGoods is the retailer of this product. BuyGoods is a registered trademark of BuyGoods Inc., a Delaware corporation located at 1201 N Orange Street Suite #7223, Wilmington, DE, 19801, USA and used by permission. BuyGoods role as retailer does not constitute an endorsement, approval or review of this product or any claim, statement or opinion used in promotion of this product.

† Statements on this website have not been evaluated by the Food and Drug Administration. Products are not intended to diagnose, treat, cure or prevent any disease.

Copyright © 2022 nervedefend.com

Effective Date of March 1 2020, and [near-identical] terms-of-service as in other product-sites:



"200 Continental Drive, Newark DE" on nervedefend.com, which appears [near] identically in the other product-sites, and also appears in most/all of the 340 UCE's, and also in connection with Keplar Advertising LLC, which was referenced earlier in the complaint.



29. If necessary and requested by this court, the Plaintiff can provide proof of his many, many unsuccessful attempts to locate the John Doe owner of Savage Grow Plus from BuyGoods, and also from Click Sales Inc.

30.

### *Franziska Jones's role in the allegation*

Franziska Jones is listed as the "owner" of BuyGoods Inc in one of BuyGoods's BBB pages, and is listed as its "President/Director" in another of BuyGoods's BBB pages.

Further, she was listed as the "registrant" in the publicly available "whois" data for the domain BuyGoods.com, as late as 2017, and may still be the registrant...although now it appears as "redacted" in the whois data, for which discovery will be needed to unredact the full whois history.

Her Linkedin Profile Page lists Boise, ID as her location, near where BuyGoods is "principaled" as BuyGoods has clarified to the BBB, who at one point was confused about BuyGoods's principal place of business and location, to which BuyGoods clarified it is "incorporated in Delaware" and "located in Boise,ID".

Also on Ms. Jones's Linkedin Page, she lists experience working for Co-Defendant "Click Sales Inc" [aka] ClickBank for two years and two months in various roles. As an "accounting clerk" in 2011, Jones describes her experience managing payment requirements for "vendors" and "affiliates". As an "Account Manager" for ClickBank, she describes managing "60 affiliate accounts to expand our clients reach…". Plaintiff believes that "clients" are comparable to the John Doe owner of Savage Grow Plus in this matter, and that "affiliates" are comparable to DOES 0-10 who sent the 340 UCE's as part of an affiliate program.

Still on her Linkedin Page from 2017- Present, in her experience owning "GetFran Consulting LLC", without mentioning she is the owner and/or director of BuyGoods, Ms. Jones describes "…working with BuyGoods - who at the time was ClickBank's #1 competitor…" She, amongst other things, goes on to write that she "…ran various teams [for BuyGoods]…anything from affiliate to product approval, to chargebacks and overall risk."

Upon knowing that BuyGoods and ClickBank were both utilized in various ways to, amongst other things, conceal the identity of "John Doe owner of Savage Grow Plus" and DOES 0-10 "affiliates" who sent the UCE's, Plaintiff has strong reason to believe that Franziska Jones brings 12 years of experience working with, working for, and/or owning 2 Corporate Defendants in this case to mastermind the ultimate risk mitigation strategy for affiliate marketers aka DOES 0-10, product owners aka "vendors", and payment processors, global online retailers, and/or "global affiliate marketplace" aka Co-defendants BuyGoods Inc and Click Sales Inc, such that everyone profits from the illegal spam, yet cleverly conceals the roles of the other parties, such that everyone can "have their cake and eat it too". This long paragraph is supported by the following screenshots:

Franziska Jones's ClickBank experience, from her Linkedin Page, as referenced:

**Franziska Jones**
Founder & Business Management Consultant

**ClickBank**
2 yrs 2 mos

**Account Manager**
Oct 2012 - Mar 2013 · 6 mos

A secure online retail outlet for more than 10,000 digital product vendors and 100,000 active affiliate marketers. Completing more than 30,000 digital transactions a day, Click Bank is ranked as one of the most highly trafficked sites on the web.

As an account manager, I managed 60 affiliate accounts to expand our clientele's market reach. I developed case scenarios to illustrate the efficacy of the available tools to help clients grow revenue, and also communicated directly and in-depth with all clients on a weekly basis.

Some of the results I helped ClickBank achieve:
- Improved the efficiency of client usage of the ClickBank platform, which increased their lifetime value.
- Created a bi-weekly newsletter for clients, which helped us stay top of mind with them.

see less

**Accounting Clerk**
Dec 2011 - Sep 2012 · 10 mos

In this role, I supported the accounting department with operating payables and online processing, approved access to a highly confidential bank website that was used to stop or reissue checks, and managed override payable requirements for vendors and affiliates.

**Bilingual Customer Service Rep**
Feb 2011 - Jan 2012 · 1 yr

In this customer service position, I interacted with 100-200 customers every day in both English and German. I answered their questions via phone, email and chat, assisted with order cancellation, and provided technical support.

...see more

Show fewer roles ∧

Franziska Jones's BuyGoods experience, from her Linkedin Page, as referenced:

**Franziska Jones**
Founder & Business Management Consultant



**Consultant**
GetFran Consulting LLC · Self-employed
Jan 2017 - Present · 5 yrs 1 mo

During my time as a consultant, I have worked with BuyGoods - who at the time was Clickbank's #1 competitor. I was the acting COO and helped BuyGoods grow from zero to over $100m. One of our key strengths back then was the flexibility of offering a CPA.
In addition to growing the company, I implemented and ran various teams, including affiliate management, compliance (anything ranging from affiliate to product approval, to chargebacks and overall risk), customer support and inventory. I was also responsible for certain Accounting aspects, including the 1099's.

I then ran HelpGrid - which is a call center spinoff from the parent company (Yomali), taking it from zero to half a dozen paying clients, focusing on in- and outbound calls (mainly shopping cart abandons) generating six figures within six months.

I replicated HelpGrid's success with an in-house sales call center reaching $100k within a few months and an increased cart value of 40%.

I currently work with a supplement company (Zenith Labs), which is generating 7 figures monthly. As with other companies, I focus on various aspects of the business, including growth strategies, hiring, business processes, support and more. One of the top accomplishments has been saving the company close to a quarter million dollars in the last 1 to 2 years.

see less

BuyGood page (1/2), depicting Franziska Jones as owner. Rectangle added by Plaintiff:

BuyGoods page (2/2), depicting Franziska Jones as president/ director. Rectangle added by Plaintiff:



WHOIS data for BuyGoods.com now shows "redacted" for registrant name and registrant organization as shown below:



Plaintiff will need to subpoena the registrar "ENOM" to find out the unredacted registrant. Meanwhile, all defendants are hereby on notice to preserve the whois data of buygoods.com, buygoodssupplements.com, and every single product or vendors websites referenced in this complaint for which it has direct/indirect control of the whois data:

Nonetheless, Plaintiff has reason to believe that the true registrant is Franziska Jones, in her personal name, as early as 2017, as seen in this historic whois data.  Plaintiff has redacted the phone number:



31.

## *Click Sales Inc's role in the allegations:*

ClickBank describes itself on its website as a "Worldwide Leader in Affiliate Marketing & Ecommerce Growth"

ClickBank is listed as the retailer in at least two of the Savage Grow Plus domains, as specified many times previously, with similar placement and disclaimers to "BuyGoods" at the bottom of such webpages.  In lieu of any identifyable business entities or persons associated with Savage Grow Plus on these domains, Clickbank is the only one that appears to be in any way associated.

Clickbank has also refused to provide information about the John Doe owner of Savage Grow Plus, and similarly stands to benefit from traffic derived from some of the spams, and similarly allows John Doe to sell the savage grow supplement through its Clickbank-associated websites without being revealed, while explaining to plaintiff that it does not **send** spam emails and therefore will offer Plaintiff no information he is "not entitled to have", damaging plaintiff's ability to make his case.

Further, many of the emails no longer land on their original destination due to the abuse of shortened links referenced early in this complaint.  Therefore, discovery is needed to reveal original destinations of those emails, and determine which ones land(ed) on savage grow domains associated with ClickBank, so that judgment in the correct amount, under both causes of action, can be entered.

On these Clickbank-associated Savage Grow webpages, we see clickbank listed as the retailer and we see all three "Buy Now" links redirect to clickbank payment processing webpages.

All in all, Clickbank fulfills a role similar to BuyGoods in many ways, supported by screenshots on the next page:

ClickBank describing itself as a "Worldwide Leader in Affiliate Marketing & Ecommerce Growth" on its homepage.



ClickBank's appearance on savagegrowplus.info as a retailer, and a familiar disclaimer which has appeared on Clickbank and Buygoods associated Savage Grow domains:





ClickBank serving as payment processor for all three "Buy Now" buttons on savagegrowplus.info:



The "Buy Now" button on the left lands on this page. Plaintiff selects his Sioux Falls Zip Code for display:



The "Buy Now" button in the center lands on this page. Plaintiff selects his Sioux Falls Zip Code for display:



The "Buy Now" button on the right lands on this page. Plaintiff selects his Sioux Falls Zip Code for display:



Click Sales Inc appears as the retailer on get-savagegrowplus.net [near] identically to how it appears on

savagegrowplus.info, the total number of savage grow domains it appears and fulfills the same role on, is unknown at this

time.



### 32.  *John Doe owner of Savage Grow Plus's role in the allegation*

The person/entity that owns savage grow plus remarkable remains unknown due to the information-withholding that

defendants BuyGoods Inc and Click Sales Inc have maintained in the face of many *bona-fide* attempts to figure out who's

product [those defendants are] retailing.  Our john doe is suspected by Plaintiff of also being the person/entity behind

Mellitox, NerveDefend, TryFloralite, Silencil, and Herpesyl, and Diabit, all of which retail with Buygoods, and at *least*

Savage Grow Plus retails with Clickbank as well on different domains with near-identical contents to the ones that retail

at BuyGoods.  John Doe has arranged for Orders for these supplements, having been at least partially-or-largely derived

from the [allegedly] illegal spam traffic generated by DOES 0-10, to be fulfilled by BuyGoods or Click Sales Inc

respectively, although more commonly the former.  Further, John Does has arranged for returns/refunds of these products

to occur by having consumers ship such returns to the address "37 Inverness Drive East Ste 100 Englewood, CO 80112",

which Plaintiff has attributed to EyeFive Inc dba ShipOffers.  This enables returns/refunds to be processed without John

Doe revealing their identity whatsoever.  The Better Business Bureau currently has a very damning, very telling so-called

"pattern of alerts" for ShipOffers, as screenshotted on the next page:



Amongst other things, the BBB alerts consumers that "ShipOffers could eliminate or discourage its clients' untrustworthy

conduct by adjusting its policies or procedures but refuses to adopt or fails to enforce appropriate policies and procedures.

In this instance, ShipOffers' policies and procedures create an environment in which clients may remain anonymous. "

This is very relevant as our John Doe is alleged to have utilized Shipoffers as part of their ploy to remain anonymous.

John Doe is believed to be a "vendor" of both BuyGoods and Click Sales Inc.  It is unclear if the individuals affiliates that

sent the spam [DOES 0-10] are attributable to John Doe, to BuyGoods Inc's affiliate program, and/or to Click Sales Inc's

affiliate program.  As the known and unknown defendants have refused plaintiff any information, and due to the same

type of violations of SD and ID spam law which renders the emails untraceable to the sender, discovery is needed to get

to the bottom of the matter.  Discovery is needed so that after nearly 8 long months...John Doe will be Doe no

more.

33.    In an attempt to reveal John Doe, he sent a demand letter to Cloudflare, whose "reverse proxy" service is utilized

on all  savage grow domains, which effectively conceals which serves those website are hosted on.  After some back and

fourth, Cloudflare revealed that at least some of these savage grow domains are hosted with the company "Digital

Ocean".  Plaintiff naturally sent a demand letter to Digital Ocean, who responded, in summary, that they will not provide
information without a subpoena.

In yet another attempt to reveal John Doe, Plaintiff sent demands to the registrar for the Savage Grow domains,

"Namecheap".  As that has not yielded meaningful response, discovery is needed there as well.

In yet another attempt to reveal John Doe, Plaintiff sent "Demand for information" letters to multiple companies who "retail" the "Savage Grow Plus" supplement on their own brand. Plaintiff demanded to know who "owns" "Savage Grow Plus" if these companies simply retail the supplement. These "retailers" are Zephyr Organics, SO Labs, Muram, HBI Labs, and Justified Labs. None replied except for one, who clarified that they do not send unsolicited commercial emails, but would not respond when asked to name who they retail savage grow plus "from". Discovery is needed here as well.

In yet another attempt to reveal John Doe, Plaintiff sent a similar "Demand for Information" letter to the Better Business Bureau to learn who created the "Savage Grow Plus" page on the BBB. Through counsel, the BBB has maintained they do not have the information I am looking for. Discovery is needed.

In yet another attempt to reveal John Doe: as the address "200 Continental Drive, Suite 401, Newark, DE, 19713," is strongly associated with savage grow plus and with the emails in question, Plaintiff sent demand letter to the company attributable to that address: Regus [CoWorking company] and its parent company IWG plc. Plaintiff did not receive response, and discovery is needed.

Despite the Plaintiff's exhaustive efforts, John Doe remains unidentified, and has brilliantly utilized many services with which to conceal him/herself. At the risk of sounding like a "broken record", discovery is needed.

The state in which John Doe is a citizen will be relevant in determining if only SD spam law violations should apply, or SD in addition to ID or any other state in which the advertising, sending, causing to be sent, etc, is a violation for which the Plaintiff would have a private right of action. Only SD Anti-Spam law violations, for each and every email, are known for sure at this time to apply to Mr./Mrs. Doe.

### *DOES 0-10's role in the allegations*

34.    These DOES are the individual affiliate marketers who sent the spam emails in question. They are unidentifiable without the help of discovery because the route of transmission is filled with gibberish and deliberately so. This is referenced in detail earlier in this complaint, in which the "FROM" "TO" and "SUBJECT" lines are examined in detail.

These DOES receive commissions every time a recipient of one of their spams purchases the Savage Grow Plus product through one of the Savage Grow Domains through BuyGoods Inc or ClickBank Inc, depending on which particular Savage Grow domain that particular email lands on and which of the two corporate defendants lists itself as the "retailer" of the product.

It is unknown which affiliate program(s) DOES 0-10 are a part of. They are very likely part of BuyGoods Inc's affiliate program which is well-advertised in most of the savage grow domains, or at least WAS advertised at the time Plaintiff took screenshots needed to piece together a well-pleaded, well-supported complaint. They are also possibly

possibly associated with Click Sales Inc's affiliate program. Yet again, discovery is needed. DOES 0-10 are liable for the emails that they have sent, in violation of South Dakota's spam law. Depending on their state of citizenship, they may also be in violation of a different state's spam law for which the plaintiff may have a private right of action.

In a series of unsuccessful attempts to identify DOES 0-10, Plaintiff sent demand letters to most of the "link shorteners" referenced earlier in the complaint, whose shortened links were used and abused in violation of those companies's terms of service" in order to be able to track, monitor, and remotely disable the emails after they have been sent.

Demands to Img.ur, TinyURL, Google [as it relates to the "Google Api's" service], Bit.ly, have all gone unresponded. Once again, discovery is needed.

## *Pro Per Plaintiff's plea for mercy from this court:*

35.    While Plaintiff has filed spam lawsuits before and has gained valuable experience from doing so, he is currently a non-attorney and asks the court for mercy and understanding as it relates to minor legal and procedural errors for which he vows to remedy expeditiously, should they occur.

## *Idaho Spam Law Cause of Action*

36. South Dakota's cause of action was explained, in depth, earlier in this complaint. Now comes Idaho's spam cause of action:

48-603E, aka "Idaho Anti-Spam Law", states:

48-603E(3): "It is unlawful for a person to use an interactive computer service to initiate or cause the sending or transmittal of any bulk electronic mail advertisement to any recipient that the sender knows, or has reason to know, engages in any of the following…"

Before we continue with that section, the court should note that an interactive computer service is defined in 48-603E(C) as "an information service, system or access software provider that provides or enables computer access by multiple users to a computer server, including specifically a service or system that provides access to the internet, and such systems operated…"

Pickup up where we left off on 48-603E(3) "…engages in any of the following:

(a) Uses the name of a fictitious name of a third party in the return address field without the permission of the third party.

(b) Misrepresents any information in identifying the point of origin of the transmission path of the bulk electronic mail advertisement.

(c) Fails to contain information identifying the point of origin of the transmission path of the bulk electronic mail advertisement
…"

The section goes on to provide remedies for a recipient of a "bulk electronic mail advertisement", from the "person transmitting or causing to be transmitted such bulk electronic mail advertisement" as the [paraphrasing] greater of $100 per email in breach of the section, or $1000, whichever is greater, as described in 48-603E(4):

"Pursuant to section 48-608, Idaho Code, a recipient that receives a bulk electronic mail advertisement in violation of this section may bring an action to recover actual damages. The recipient, in lieu of actual damages, may elect to recover from the person transmitting or causing to be transmitted such bulk electronic mail advertisement the greater of one hundred dollars ($100) for each bulk electronic mail advertisement transmitted to the recipient in violation of this section or one thousand dollars ($1,000)."

## *Not All Defendants are Alleged to have violated Idaho Spam Law*

37. While Plaintiff sues all defendants for violations of South Dakota Spam Law, only those that are citizens of Idaho are accused of violations of Idaho Anti-Spam law in addition to South Dakota Spam Law. Those defendants, and their alleged violations of ID Anti-Spam law, go as follows:

Franziska Jones, as best known to plaintiff and as shown on her LinkedIn page, is a resident of Boise, ID, and therefore is subject to the Idaho Consumer Protection Act, of which Idaho Spam law is a subsection. She has extensive knowledge working for ClickBank. She owns, or at least is president, of BuyGoods Inc, and she boats extensive knowledge of her affiliate marketing experience. This is paired with BuyGoods's overwhelming role [as described throughout the complaint] in processing payments for John Doe owner of Savage Grow Plus, appearing on most of the Savage Grow domains in lieu of any other entity attributable for BuyGoods, Franziska being [at least at one point in time] the "registrant" for the domain BuyGoods.com, a company which advertises its affiliate program on most-or-all of the savage grow plus domains, which are [or were] the landing page of all the emails in question, *inter alia* demonstrates that

Franziska:

1) Knows or should have known that these spams are illegal.
2) Knows or should have known that her company BuyGoods Inc is significantly deriving sales from the spams.

3) Knows or should have known that despite countless BBB complaints against BuyGoods for spam, that BuyGoods maintained and maintains relationships with many vendors such as Savage Grow Plus, and others attributable to the same John Doe, to the financial enrichment of BuyGoods Inc.

4) Knows or should have known that BuyGoods advertised or advertises its affiliate program on Savage Grow domains, even ones associated with ClickBank [her previous employer] as opposed to BuyGoods [company she owns or is president of]

5) Knows or should have known that Savage Grow Plus appears on BuyGoodsSupplements.com with "blanks" in the distributed by and address fields in the images of the supplement as it appears on the website, rendering BuyGoods the only entity attributable to the supplement and to the spams.

And therefore Franziska is...

A "person" [Franziska pro per] who "uses an interactive computer service" [The internet AND her company BuyGoods

Inc] to initiate or **cause the sending of** any bulk electronic mail advertisement to any recipient that the sender [DOES 0-

10] knows, or has reason to know, engages in any of the following:

(b) Misrepresents any information in identifying the point of origin of the transmission path of the bulk electronic mail advertisement.

(c) Fails to contain information identifying the point of origin of the transmission path of the bulk electronic mail advertisement.

WHEREAS B and C are overwhelmingly supported by paragraphs 11-16 of this complaint.

AND THEREFORE shall be ordered to pay Plaintiff $100/email in breach of ID Anti-Spam law as prescribed in 48-

603E(4), CONSIDERING plaintiff elects recovery of $100/email instead of "$1000".

38. BuyGoods Inc's location has confused the Plaintiff and the Better Business Bureau alike. While CEO Andrei Covaci

explains in his affidavit, as referenced earlier in complaint, that BuyGoods Inc is "incorporated in Delaware" and has its

"principal place of business in Malta", as part of his declaration in support of [Buygood's counsel's] motion to dismiss [the

first lawsuit in South Dakota], BuyGoods appeared to have told the Better Business Bureau something different

when the BBB confronted BuyGoods about its location as early as February 2021: to which BuyGoods confirmed in it

"incorporated in Delaware" and "located in Boise", as seen in screenshot below:



When one clicks "on the headquarters listing" as advised by the BBB, we are taken to a different page which lists BuyGoods headquarters address in Boise, ID:



Therefore, as corporations are citizens of BOTH the state of which they are incorporated and the state(s) in which they have their principal place(s) of business, AND CONSIDERING BuyGoods has one employee in Idaho [affidavit of Andrei Covaci], and that employee likely is Franziska Jones [owner or president of BuyGoods], BuyGoods is "at home" and has its [first or second] principal place of business in Idaho, and therefore has subjected itself to the benefits, protections, and liabilities of the state of Idaho, including but not limited to the Idaho Consumer protection Act, of which Idaho Anti-Spam law is derived.

This corporation, "BuyGoods Inc" is also a person for the purposes of Idaho Anti-Spam Law, and this "person" has an "interactive computer service" [affiliate marketing program by which people get paid to promote various products, provides a platform by which vendors can sell their products, [is suspected based on a specific BBB reply] to have created the Savage Grow Plus webpage, along with the webpages of the many other products attributable to the same John Doe], conceals/protects/hides the identity of such vendors even in the face of legal demands, obstructive the Plaintiff's ability to get justice against the John Doe that owns Savage Grow Plus, and therefore against the DOES 0-10 who directly sent the spams, and considering BuyGoods advertises its own affiliate program in some/all of the Savage Grow Domains:

THEREFORE for the reasons mentioned above, and reasons mentioned throughout the complaint, *inter alia*:

BuyGoods is "a person" who "uses [and is] an interactive computer service" ~~to initiate or~~ **cause the sending of** any bulk electronic mail advertisement to any recipient that the sender [DOES 0-10]...has reason to know engages in any of the following:

(b) Misrepresents any information in identifying the point of origin of the transmission path of the bulk electronic mail advertisement

(c) Fails to contain information identifying the point of origin of the transmission path of the bulk electronic mail advertisement.  (continued next page)

WHEREAS B and C are overwhelmingly supported by paragraphs 11-16 of this complaint.

WHEREAS BuyGood's own affiliate program appears on savage grow domains attributable to BuyGoods AND to savage grow domains NOT attributable to BuyGoods that instead are associated with ClickBank, AND considering BuyGoods appears to have admitted to owning websites from vendors similar to the savage grow plus domains and therefore has an active role in the savage grow domains...AND THEREFORE has reach extending into even emails which land-or-landed on Clickbank-associated savage grow domains...

AND THEREFORE BuyGoods shall be ordered to pay Plaintiff $100/email in breach of ID Anti-Spam law as prescribed in 48-603E(4), CONSIDERING plaintiff elects recovery of $100/email instead of "$1000".

39. John Doe owner of Savage Grow Plus has unknown citizenship, and therefore is not accused of Idaho Anti-Spam law violations at this time, only South Dakota Anti-Spam Law.

40. DOES 0-10 also have unknown citizenship and therefore is not accused of Idaho Anti-Spam law violations at this time,

only South Dakota Anti-Spam Law.

41. Click Sales Inc [ClickBank] is incorporated in Delaware and headquartered in Boise, ID, and therefore is a citizen of Idaho and is subject to its laws, including Idaho Anti-Spam law.

Similarly to BuyGoods Inc, Click Sales Inc has its own affiliate program, describes itself as an e-commerce platform, and therefore IS and USES interactive computer services, and also appears on at least two savage grow plus domains in lieu of the John Doe owner of Savage Grow Plus, and has similarly refused to provide Plaintiff information on the identity of the product it is retailing, *inter alia*

Click Sales Inc is a "person" who "uses [and is] an interactive computer service" to ~~initiate or~~ **cause the sending of** any bulk electronic mail advertisement to any recipient that the sender [DOES 0-10]...has reason to know engages in any of the following:

(b) Misrepresents any information in identifying the point of origin of the transmission path of the bulk electronic mail advertisement

(c) Fails to contain information identifying the point of origin of the transmission path of the bulk electronic mail advertisement.  (continued next page)

WHEREAS B and C are overwhelmingly supported by paragraphs 11-16 of this complaint.  AND THEREFORE

ClickBank shall be ordered to pay Plaintiff $100/email in breach of ID Anti-Spam law in which Clickbank was the retailer of the landing page of the email, as prescribed in 48-603E(4), CONSIDERING plaintiff elects recovery of $100/email instead of "$1000".  Plaintiff admits that due to the "self-destructing" nature of the emails, Plaintiff is unsure how many of the emails can be attributed to Click Sales Inc prior to discovery, considering the lack of information Plaintiff has been able to get from the parties and non-parties prior to this litigation.

### All Defendants Are Accused of South Dakota Spam Law Violations, Not All of Idaho Spam Law Violations

40. South Dakota Spam law was violated by the sending of an email in breach of the section to an electronic mail address that is furnished to a resident of the state of south dakota [plaintiff], and South Dakota Spam Law makes it unlawful to initiate or to advertise in an email in breach of the section, therefore ALL named and unnamed, known and Doe Defendants, are jointly accused of SD Anti-Spam Law violations. However, ID Anti-Spam Law is dependent on the citizenship of the Defendant, and therefore only Idahoan Defendants are accused of the $100/email [that they are associated with] in addition to the SD Anti-Spam Law violations.

### The Plaintiff's State-Level Spam Law Accusations are Not Preempted by the CAN-SPAM Act of 2003:

41. In contrast to what opposing counsel regularly argues to Plaintiff, South Dakota's Anti-Spam law is not preempted by the CAN-SPAM Act. SD Anti-Spam law is nearly-identical to California's Business and Professions Code 17529.5 ("CA Anti-Spam Law"), and cases under CA Anti-Spam law, on similar grounds, are routinely with merit, and often prevail. See *Balsam V Trancos*. Recently, a Federal Judge in the Southern District of Florida, in Plaintiff's own case Lapin V Apptness Media Group LLC, ruled that SD Anti-Spam law is not preempted by Federal Law, as seen below from the honor's opinion:

> The Court first considers whether it may exercise federal question jurisdiction over this case. Defendant asserts that federal question jurisdiction exists because Plaintiff's single claim under the SD Anti-Spam Law, S.D. Codified Laws §§ 37-24-42 through 37-24-48, "is completely preempted" by the Controlling the Assault of Non-Solicited Pornography and Marketing Act ("the CAN–SPAM Act"), 15 U.S.C. § 203 *et seq.* [ECF No. 1 ¶ 6]. This Court disagrees: the CAN–SPAM Act does not completely preempt Plaintiff's state law claim because Plaintiff has no federal remedy under the CAN–SPAM Act.

> The SD Anti-Spam Law, the state statute at issue in this case, provides in relevant part:

> No person may advertise in a commercial e-mail advertisement either sent from South Dakota or sent to a South Dakota electronic mail address under any of the following circumstances: . . . (3) The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

> S.D. Codified Laws § 37-24-47.

> The CAN–SPAM act has an express preemption clause that provides as follows:

> This chapter supersedes any statute, regulation, or rule of State . . . that expressly regulates the use of electronic mail to send commercial messages, except to the extent that any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or information attached hereto.

As beautifully cited by the Federal Judge, more eloquently than the Plaintiff could do so himself, CAN-SPAM contains an exception to its preemption clause, which states "…except to the extent that any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or information attached hereto."

The allegations Plaintiff brings before this court fit perfectly within the exception to the preemption clause because they deal with overwhelming falsity and deception, as deemed illegal under ID and SD spam laws.  Should the need arise, additional cases and examples of similar cases under similar spam laws were ruled to be not-preempted can be provided.

## *Jurisdiction*

42.  This Federal Court has subject matter jurisdiction because this case is brought on the basis of diversity.  Diversity has been achieved because the sole plaintiff is a legal resident and domicile of South Dakota, whereas Defendant BuyGoods Inc is a citizen of Delaware and Idaho, Defendant Click Sales Inc is a citizen of Delaware and Idaho, Defendant Franziska Jones, as best known to Plaintiff, is a citizen of Idaho, and the DOE defendants, while not yet known, are unlikely to be citizens of South Dakota.

The amount in controversy exceeds $75,000 under the SD cause of action.  While the ID cause of action is below $75,000, it is a part of the "amount in controversy" which exceeds $75,000.  Even if that alone is inadequate for the ID cause of action to be heard of the basis of diversity, this court shall realize that the ID cause of action is closely related and very similar to the SD cause of action and shall supplement jurisdiction over the ID cause of action, should the need arise.

43.  This court has personal jurisdiction because each and every one of the known defendants (both corporations and the individual) are believed to be citizens of the state of Idaho, and part of the causes of action occurred due to the actions of the Idahoan defendants.  The DOE defendants, once known, are very likely to have such great ties with one-or-more of the corporate defendants to warrant the exercise of personal jurisdiction over them.  Even if one or more DOES are outside the scope of this courts jurisdiction, Plaintiff will simply request leave to amend the complaint to eliminate one or more DOES, and may peruse separate action against the DOE in the proper jurisdiction and venue, individually.

## *Venue*

The Boise office of the District of Idaho (James A. McClure Federal Building and United States Courthouse) is the proper venue because all three non-DOE defendants are located closest to this form, in the city of Boise.

## *Alternative Jurisdiction and Venue*

44. As the South Dakota cause of action is the only one being brought against all defendants, including the DOES, and the emails were received by a South Dakota resident legally domiciled in Sioux Falls, South Dakota: This court, in its discretion may transfer this case to the District of South Dakota, In and For Sioux Falls, SD.

## *Prayer For Relief*

45.  Plaintiff prays that this court grant Plaintiff relief against Defendants as follows:

## BuyGoods Inc:

340 counts of SD Anti-Spam Law violations, punished at $1000 statutory liquidated damages per email in violation, in the sum of $340,000 pursuant to SDCL 37-24-48(2)

340 counts of ID Anti-Spam Law violations, punished at the statutory $100 per "bulk electronic mail advertisement", in the sum of $34,000, persuant to Idaho Code 48-603E(4)

Reasonable costs associated with extensive communication and pre-litigation discovery that plaintiff spent time and money on, in his attempts to unmask a John Doe that an "online retailer" should have readily provided, in the amount deemed appropriate by this court. (severally)

Punitive Damages and/or any other relief deemed appropriate by this court.

## Franziska Jones:

340 counts of SD Anti-Spam Law violations, punished at $1000 statutory liquidated damages per email in violation, in the sum of $340,000 pursuant to SDCL 37-24-48(2)

340 counts of ID Anti-Spam Law violations, punished at the statutory $100 per "bulk electronic mail advertisement", in the sum of $34,000, persuant to Idaho Code 48-603E(4)

Both of the above amounts intended to be entered "jointly" against Franziska Jones as an individual and BuyGoods Inc.

Punitive Damages and/or any other relief deemed appropriate by this court.

## Click Sales Inc:

An unknown number of counts of SD Anti-Spam Law violations, punished at $1000 statutory liquidated damages per email in violation, in a not yet determinable sum, pursuant to SDCL 37-24-48(2)

An unknown number of counts of ID Anti-Spam Law violations, punished at the statutory $100 per "bulk electronic mail advertisement", in a not yet determinable sum, persuant to Idaho Code 48-603E(4)

Both of the above amounts intended to be entered "jointly" against Click Sales Inc along with Franziska Jones as an individual and BuyGoods Inc.

Reasonable costs associated with extensive communication and pre-litigation discovery that plaintiff spent time and money on, in his attempts to unmask a John Doe that the self-described "Worldwide Leader in Affiliate Marketing & Ecommerce Growth" should have readily provided, in the amount deemed appropriate by this court. (severally)

Punitive Damages and/or any other relief deemed appropriate by this court.

## John Doe owner of Savage Grow Plus:

340 counts of SD Anti-Spam Law violations, punished at $1000 statutory liquidated damages per email in violation, in the sum of $340,000, to be entered jointly along with Franziska Jones, BuyGoods Inc, Click Sales Inc, pursuant to SDCL 37-24-48(2)

Punitive Damages and/or any other relief deemed appropriate by this court. (severally)

Reasonable costs associated with extensive communication and pre-litigation discovery that plaintiff spent time and money on, in his attempts to unmask this John Doe that utilized the corporate defendants products, amongst others, to hide themselves greatly while "masterminding" the illegal spam operation that brought us here before this court.

## DOES 0-10

Unknown number of counts of SD Anti-Spam Law, based on how many spams they each sent to Plaintiff. (Jointly with Franziska Jones, BuyGoods Inc, Click Sales Inc., and John Doe, for their number of the emails) pursuant to SDCL 37-24-48(2)

Punitive Damages and/or any other relief deemed appropriate by this court. (severally)

## Screenshots of The Spam Emails:

46. While there are 340 emails in question, and some of them no longer appear properly as they have been [partially] spoiled and no longer appear as they once did, Plaintiff has included a non-exhaustive sample of the emails, so that the court can see for itself "The Emails" that brought us here today:

# White Wife Caught In African Elongation Ritual
## White Wife Finds Elongation Secret From African Tribesmen

This dude is crazy but what a secret he discovered ...

He took his wife to a remote African island to negotiate with the tribe elders, including 3 priests, the sacred method to gain 6 inches on his manhood.

But they needed something in exchange.

This guy's gorgeous wife...

Don't worry, it was just for a short period of time, but what followed after it's wilder than anything you'd see on the craziest rated movies.

He actually documented everything inside this insane video...



He came back with his wife happier than ever and 6 inches more on his manhood and says he'll gladly go back just for the fun.

Surprisingly, his wife asked him to share the whole thing with the world.

Apparently this turns her on...

Well, it's for everyone's benefit since it supposedly already helped a few thousand fellows achieve the same results.

Discover the full steps of this wild elongation ritual here - before the chick changes her mind.

Unsubscribe here
200 Continental Drive, Suite 401, Newark, DE, 19713

click here

M Gmail                                                                Joshua Lapin <soberwind71@gmail.com>

📧 African Priest Helps White Man Gain 6 Inches 🍆
1 message

True Size <b15PI-yzbG0cvC@i7teykoytlx9.us>                          Tue, May 11, 2021 at 4:46 AM
To: cl4208_md/2l/268/1344/7/1227754

This dude is crazy but what a secret he discovered...

He took his wife to a remote African island to negotiate with the tribe elders, including 3 African
priests, the sacred secret to gain 6 inches on his member.

But they needed something in exchange.

This guys WIFE...

Don't worry, it was just for a short period of time, but what followed after it's wilder than anything
you'd see on the craziest rated movies.

The dude actually documented everything here...

"Exclusive Video : Click To Watch"

He came back with his wife happier than ever and 6 inches more on his manhood and says he'll
gladly go back just for the fun.

He said his wife asked him to share the whole thing with the world.

Apparently this TURNS HER ON...

Well, it's for everyone's benefit since it supposedly already helped a few thousand fellows achieve
the same results.

I don't know how much longer the video will be online, but honestly it's just madness not to see
it...

Click here to unsubscribe or write to us at:
200 Continental Drive, Suite 401, Newark, DE, 19713, US

unsubscribe

 Gmail

Joshua Lapin <solarwind71@gmail.com>

✿ **African Tribe Elders Give White Man 12 Inch Elongation Secret**✎
1 message

**Congratulations** <gnfizdeplcj8dy1u@gnfmrtwvsmjo.us>                    Sat, May 8, 2021 at 5:21 A
To: solarwind71@gmail.com, cl/11324_md/1/1980/1937/3/1227802

# African Elongation Ritual

## Discover the little known African trick to get a bigger,stronger penis in just few weeks

**Member Growth Secret Gain 4 To 7 Inches In Just Weeks**

African Trible Penis growth technique **EXPOSED!**
Member Growth Secret -Make your Wife happier than Ever

Watch This Short Controversial Video Befor H Gets Banned



0:00 / 4:16    CC ⚙ ▭

**Continue Watching Video ▶**

Or read the full story now

Click here to unsubscribe or write to us at:
200 Continental Drive, Suite 401, Newark, DE, 19713, US

unsubscribe

M Gmail

Joshua Laph <thehebrewhammerjosh@gmail.com>

**White Wife Caught Riding 3 African Priests**
1 message

**Savage!Grow!Plus** <xMTj8Rb7NEMDgvCkZv@hestan.prisltatrle.com>
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@hestan.prisltatrle.com

Wed, Jun 9, 2021 at 1:36 A

# White Wife Caught In African Elongation Ritual
## White Wife Finds Elongation Secret From African Tribesmen

This dude is crazy but what a secret he discovered...

He took his wife to a remote African island to negotiate with the tribe elders, including 3 priests, the sacred method to gain 6 inches on his manhood.

But they needed something in exchange.

This guy's gorgeous wife...

Don't worry, it was just for a short period of time, but what followed after it's wilder than anything you'd see on the craziest rated movies.

He actually documented everything inside this insane video...



He came back with his wife happier than ever and 6 inches more on his manhood and says he'll gladly go back just for the fun.

Surprisingly, his wife asked him to share the whole thing with the world.

Apparently this turns her on...

Well, it's for everyone's benefit since it supposedly already helped a few thousand fellows achieve the same results.

Discover the full steps of this wild elongation ritual here - before the chick changes her mind.

Unsubscribe here
200 Continental Drive, Suite 401, Newark, DE, 19713

This email is a promotion sent to [...] 
To be removed from our [...] list, click here or copy/paste [...]
Please check the subject of this email and we will [...]



Joshua Laph <thehebrewhammerjosh@gmail.com>

**African Priest Gives White Man Elongation Secret**
1 message

**Savage.Grow.Plus** <eBH4sGmDyjdIVA1RsbZTD@hudkr.earchmagazine.com>
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@gmail.com@hudkr.earchmagazine.com

Sat, Jun 5, 2021 at 9:42 P

# African Priest Helps White Man Gain 6 Inches

**Gain 6 Inches ▶**

This dude is crazy but *what a secret he discovered...*

He took his wife to a remote African island to negotiate with the tribe elders, including 3 African priests, the sacred secret to gain 6 inches on his member.

But they needed something in exchange.

This guys WIFE...

Don't worry, it was just for a short period of time, but what followed after it's wilder than anything you'd see on the craziest rated movies.

*The dude actually documented everything here...*



He came back with his wife happier than ever and 6 inches more on his manhood and says he'll gladly go back just for the fun.

He said his wife asked him to share the whole thing with the world.

Apparently this **TURNS HER ON...**

Well, it's for everyone's benefit since it supposedly already helped a few thousand fellows achieve the same results.

I don't know how much longer the video will be online, but honestly it's just madness not to see it...

Unsubscribe here
200 Continental Drive, Suite 401, Newark, DE, 19713



Joshua Lapin <solarwindz1e@gmail.com

Gain 4 to 7 inches in just weeks with African Secret 🍆

1 message

Penis✎Size <3UpQg-15ROvePG@vz2gloegrsmz.us>                                     Sat, May 8, 2021 at 10:16 A
To: ct/3852_md/1/587/1344/7/1227754

This guy offered his white wife to the African tribesmen as a
gift in exchange for their secret manhood elongation ritual.
And it WORKED !

Oh my God you have to see this before this crazy dude
takes off his documentary...

The image you are
requesting does not exist
or is no longer available.

imgur.com

They've been known for quite some time now by the elites
and the scientific community for their special elongation
method.

For many years, decades in fact, many people have been
trying to learn the insights of this ritual, but with no luck.
Until this guy came and did the most unthinkable thing... He
gave his wife in exchange for **The Growth Secret !**

It was incredible! In fact they filmed the whole thing and documented every step of
this ritual...

BE CAREFUL.

**This should be used wisely because it grows your member by 4 to 7 inches in
a few weeks.**

In fact, it already created some monsters out there....

Oh... and if you wonder if the african tribe fellows scored on the white chick, the
answer is YES!

**That's why I said you have to
see this...**

Click here to unsubscribe or write to us at:
200 Continental Drive, Suite 401, Newark, DE, 19713, US

unsubscribe

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 Gmail

Joshua Lapin <solarwind71@gmail.com>

**☪ Ancient African Ritual Grows Member up to 7 inches ✎**
1 message

**✈ Penis Size ⚠** <sbsfojrfzu.gwexcjatcpuzmuznsrzw@ksronpikhfnteaxpy.us>
To: ci/10860_md/1/1985/1937/3/1227802

Sat, May 1, 2021 at 7.52 P

## African Elongation Ritual

### Why These African Tribesmen Have 15" Long Penises

This guy offered his white wife to the African tribesmen as a gift in exchange for their secret manhood elongation ritual.

And it WORKED! Oh my God you have to see this before this crazy dude takes off his documentary...

The image you are requesting does not exist or is no longer available.

imgur.com

Just last summer, he and his wife decided to pay a visit to one of the most sacred tribes in Africa, the legendary Sombas.

They've been known for quite some time now by the elites and the scientific community for their special elongation method.

For many years, decades in fact, many people have been trying to learn the insights of this ritual, but with no luck.

Until this guy came and did the most unthinkable thing...

He gave his wife in exchange for the growth secret!

It was incredible! In fact they filmed the whole thing and documented every step of this ritual...

BE CAREFUL.

This should be used wisely because it grows your member by 4 to 7 inches in a few weeks.

In fact, it already created some monsters out there....

Oh... and if you wonder if the african tribe fellows scored on the white chick, the answer is YES!

That's why I said you have to see this...

## African Elongation Ritual

### Continue Watching Video

Click here to unsubscribe or write to us at:
200 Continental Drive, Suite 401, Newark, DE, 19713, US

unsubscribe

### 47. *Declaration of CEO of BuyGoods Inc, Andrei Covaci*

In the first Lapin V BuyGoods Inc in South Dakota, which was voluntarily dismissed by the plaintiff, CEO of BuyGoods Inc filed this affidavit in support of Defendant's motion to dismissed. As it was referenced several times throughout this complaint, I thought it proper to include the full affidavit, first page on the left, second page on the right, shown below:

IN THE CIRCUIT COURT
SECOND JUDICIAL CIRCUIT OF SOUTH DAKOTA

JOSHUA LAPIN,                                        Civ. No. 21-1810

Plaintiff,

v.

BUYGOODS, INC, a Delaware corporation,

Defendant.

DECLARATION OF ANDREI MIRCEA COVACI IN SUPPORT OF MOTION TO
DISMISS

I, Andrei Mircea Covaci, declare and state as follows:

1. I am over 18 years of age and if called as a witness, I would be competent to testify as to the matters stated in this declaration. This declaration is based upon my personal knowledge.

2. I am the CEO for BuyGoods, Inc., the defendant in this matter. In that capacity, I am familiar with BuyGoods' general operations, its relationship to third-party sellers, and its marketing practices.

3. BuyGoods is an online platform for the processing and sale of third-party products. In many respects, its business model is like Amazon's third-party sales platform in that BuyGoods provides a website where third parties upload descriptions of their products for sale using BuyGoods' order-processing system. Thus, customers visit the website, select the third-party product of their choice, and use BuyGoods' order processing to purchase the third party's product.

4. Unlike Amazon or other retailers, BuyGoods does not sell products of its own on its website. It also does not send any marketing emails related to the products on its website. And it does not use third-party advertisers to advertise those products. Instead, any marketing for the products sold on BuyGoods' website is done independently through the third-party sellers—and not BuyGoods.

5. While its business model is primarily online, BuyGoods is incorporated in Delaware and its principal place of business is in Malta, in the European Union. Domestically, BuyGoods has one employee in each of Idaho, New York, and Florida. Its principal officer and would-be witness in this case, however, resides in Romania. BuyGoods has no employees, offices, bank accounts, registered agents, or property in South Dakota. To be sure, as an online business, the third-party products on its website are purchased by residents of all 50 states. But BuyGoods does not specifically target or otherwise cater to South Dakotans or the South Dakota market. In this regard, where BuyGoods has executed sales with customers in all 50 states, South Dakota sales represent only about 0.2% of its total sales.

6. I declare under penalty of perjury under the laws of the State of South Dakota that the foregoing is true and correct.

DATE: August 20, 2021                        ANDREI MIRCEA COVACI

[signature]

This 72 page complaint was written by Pro Se Plaintiff Joshua Lapin, and all screenshots were captured himself.

Name:   Joshua Lapin

Signed:   *Joshua Lapin*
DocuSigned by:
1DE3D18A6C384C1...

Dated:   1/3/2022

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

PRIORITY MAIL

01/04/2022
U.S. POSTAGE $007.95☰
ZIP 87203
011D10651048

PRESS FIRMLY TO SEAL

**FROM:**

Joshua Lapin (Mailing, NON-Residential Address)
30 N Gould St Ste 3229
Sheridan WY 82801-6317

36479          1

CLERK OF DISTRICT COURT [NEW CIVIL FILING]
550 W FORT ST STE 400
BOISE ID 83724-0101



EXAMINED
U.S. MARSHAL
DISTRICT OF IDAHO
JAN 0 7 2022



═══ UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9022 0078 9764 4420 89

Label 400 Jan. 2013
7690-16-000-7948

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRIORITY®
MAIL

elivery specified*
ACKING™ included to many major
nal destinations.
ternational insurance.

plies online.*

d internationally, a customs
n label may be required.

only

01 000014

* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.